JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/15/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Adrian Rivera, et al. | Lead Case No.: 2:16-cv-04676-JAK-SS |
| ADRIAN RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON DESIGNS, INC.,<br><br>Defendant. | **JUDGMENT** |

1    This case, LA CV16-04676-JAK-SSx: Adrian Rivera v. Remington Designs, Inc. was previously consolidated with cases LA CV16-04699: Adrian Rivera v. EMS Mind Reader, LLC; LA CV16-04753-JAK-SSx: Adrian Rivera v. Eko Brands, LLC et al.; LA CV16-04702-JAK-SSx: Adrian Rivera v. LaMi Products, Inc., et al.; LA CV16-04706-JAK-SSx: Adrian Rivera v. Solofill, LLC; and LA CV16-07943-JAK-SSx: Adrian Rivera v. LaMi Products, Inc. The Plaintiff in this case is Adrian Rivera. The remaining defendants are Eko Brands LLC ("Eko") and Solofill LLC ("Solofill") (collectively, "Defendants").

On April 1, 2020, the Court granted-in-part and denied-in-part Plaintiff's Motion to Enforce Settlement Agreement. Therefore, judgment is entered as follows:

1. Plaintiff's claim for patent infringement of U.S. Patent No. 9,232,871 against Defendants is dismissed with prejudice.

2. Plaintiff's claims for patent infringement of U.S. Patent No. 9,232,872 against Defendants is dismissed with prejudice.

3. Plaintiff, including his successors or assigns, are enjoined from asserting U.S. patent numbers 9,232,871 or 9,232,872 against Defendants or those in privity with Defendants (including, without limitation, Defendants' agents, suppliers, manufacturers, and customers) at any time and with respect to all products imported, made, used, offered for sale, or sold at any time during any enforceable term of the 871 and 872 patents.

4. Defendants' counterclaims for declaratory judgment of non-infringement and/or invalidity of U.S. Patent No. 9,232,871 are dismissed without prejudice.

5. Defendants' counterclaims for declaratory judgment of non-infringement and/or invalidity of U.S. Patent No. 9,232,872 are dismissed without prejudice.

6. Solofill's counterclaims for patent misuse, inequitable conduct and unclean hands are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 15, 2020

John A. Kronstadt
United States District Judge